## Pauline Weber, Appellant, v. Chicago Transit Authority, Appellee.

### Gen. No. 45,789.

Ehrlich & Cohn, for appellant; Stanton L. Ehrlich, of counsel; Thomas C. Strachan, Jr., James O. Dwight, Charles F. White, and Arthur J. Donovan, for appellee; James E. Hastings, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed October 17, 1952; released for publication November 18, 1952.

## Marie Schauer, Appellee, v. Abraham Zachorow et al., Defendants Below.
## On Appeal of Mabel Clingman, Appellant.

### Gen. No. 45,689.

Nathan Wolfberg, for appellant; no appearance for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed October 17, 1952; released for publication November 18, 1952.